UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Chrishawn Martel Thomas

Case No.: TO BE ASSIGNED

Supervision Report
Requesting Acceptance of Transfer of Jurisdiction

January 14, 2025

TO: The Honorable U.S. District Judge

On April 17, 2023, Mr. Thomas was sentenced in the District of Arizona by the Honorable Cindy K. Jorgensen, U.S. District Judge, to 18 months custody followed by 36 months Supervised Release for committing the offense of Conspiracy to Transport Illegal Aliens for the Purpose of Commercial Advantage or Private Financial Gain. Mr. Thomas commenced supervision on May 3, 2024, in the District of Nevada.

Thomas intends to remain in our district for the duration of supervised release. In order to address any matters that may require the Court's attention in an efficient manner, we are requesting that our Court accept jurisdiction. If the Court concurs, attached is the Probation Form 22 signed by the Honorable Cindy K. Jorgensen, Senior U.S. District Judge, agreeing to relinquish jurisdiction.

Respectfully submitted,

_____

Kamuela K Kapanui
United States Probation Officer

Approved:

_____

Steve Goldner
Supervisory United States Probation Officer

| | |
|---|---|
| PROB 22<br>(Rev. 01/24) | DOCKET NUMBER *(Transferring Court)*<br>CR-22-00665-002-TUC-CKJ<br>(EJM) |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Receiving.Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>District of Arizona | DIVISION<br>4: Tucson |
|---|---|---|
| Chrishawn Martel Thomas | NAME OF SENTENCING JUDGE<br>Cindy K. Jorgenson<br>Senior U.S. District Judge | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>5/3/2024 | TO<br>5/2/2027 |

OFFENSE
Conspiracy to Transport Illegal Aliens for the Purpose of Commercial Advantage or Private Financial Gain

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Thomas has no ties to the District of Arizona; family support in Nevada

## PART 1- ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Chrishawn Martel Thomas, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_10/7/2024_
Date

_Cindy K. Jorgenson_ (signature)
Cindy K. Jorgenson
Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2- ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_1/14/2025_
Effective Date

_____ (signature)
United States District Judge