# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

               Plaintiff,

      v.

CHRISHAWN MARTEL THOMAS,

               Defendant.

Case No. 2:25-cr-00010-JAD-EJY

**ORDER**

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 24, 2025 at 10:30 a.m., be vacated and continued to June 23, 2025 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

     DATED this 21st day of February, 2025.

_____

UNITED STATES DISTRICT JUDGE

3