# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISHAWN MARTEL THOMAS,<br><br>Defendant. | Case No. 2:25-cr-00010-JAD-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 23, 2025 at 10:00 a.m., be vacated and continued to July 22, 2025, at the hour of 10:30 a.m.

DATED this 20th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE